UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES FIRE PROTECTION, INC.,

    Plaintiff,

v.                                    Case No: 2:13-cv-255-FtM-38DNF

NAPLES FIRE & SECURITY, INC.
and MIRCEA SERGIO GHIRAN,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of the file. The Court issued an order to show cause directing the parties to show cause as to why sanctions should not be imposed for failure to file the case management report. The parties have now filed the Case Management Report (Doc. #27). Therefore, the Court will take no further action on the Order to Show Cause.

Accordingly, it is now

**ORDERED:**

The Court will take no further action on the Order to Show Cause (Doc. #26) and the Case Management Report is accepted accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of December, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record